FILED
CHARLOTTE, NC

# UNITED STATES DISTRICT COURT

for the

Western District of North Carolina  ▼

NOV 1 8 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
|  | ) | Case No. 3:25 MJ 311 |
|  | ) | |
| CRISTOBAL MALTOS | ) | |
|  | ) | |
|  | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___NOVEMBER 17, 2025___ in the county of ___MECKLENBURG___ in the
___WESTERN___ District of ___NORTH CAROLINA___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 111(a) | Assaulting, resisting or impeding certain employees |

This criminal complaint is based on these facts:

See attached narrative

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Alexander Hirst, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __11|18|25__

_____
*Judge's signature*

City and state:  ___Charlotte, North Carolina___     David C. Keesler, U.S. Magistrate Judge
*Printed name and title*