# AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT
# UNDER SEAL

I, Alexander Hirst, being duly sworn on oath, depose and state as follows:

## INTRODUCTION

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since June 2014. As such, I am a "Federal Law Enforcement Officer" of the United States. My duties include the investigation of violations of federal criminal law throughout the Western District of North Carolina, including Charlotte, North Carolina. Since my employment, I have been assigned to and participated in numerous Organized Crime Drug Enforcement Task Force (OCDETF) investigations. Through formal and on the job training, I have developed experience in investigations dealing with DTOs and drug offenses set forth in the United States Code.

2. As an FBI Special Agent, I am authorized to investigate violations of federal law and to execute warrants issued under the authority of the United States. I am familiar with the ways in which criminal enterprises conduct their business, including, but not limited to, their methods of importing and distributing controlled substances, their use of telephones and their use of numerical codes and code words to conduct their transactions. I am familiar with practices used by criminal enterprises involving the collection of money proceeds of illegal acts and methods of money laundering used to conceal the nature of the proceeds, including the language and terms that are used to disguise the source and nature of the profits from their illegal acts. I have participated in investigations involving the use of electronic surveillance techniques to include, but not limited to, court-authorized wire intercepts; video surveillance; global positioning satellite ("GPS") trackers; and body-worn monitoring devices. These investigations have included violations of statutes listed under Titles 18 and 21 of the United States Code as well as violations under state law.

3. I have participated in investigations which identified subjects and co-conspirators through telephone records, police reporting, financial documents, drug ledgers, photographs, and other documents. Furthermore, I have led and participated in investigations concerning the identification of co-conspirators through electronic devices and services: such as, social media platforms, cellphones, and computers. I have also participated in and conducted debriefs of individuals who were arrested and later cooperated with law enforcement. I have participated in investigations in which the court-authorized interception of communications or other electronic surveillance tools were utilized to further the investigation.

4. Based on my training and experience, and conversations with other law enforcement personnel, I have become familiar with the methods utilized in criminal enterprises. I know criminal enterprises often require the use of a telephone facility (to include various messaging platforms installed on the telephone facility) to negotiate times, places, schemes, and manners for illegal acts and for arranging the disposition of proceeds from illegal acts. The statements contained within this Affidavit are based in part on information derived from my personal participation in this investigation and through interviews with and analysis of reports submitted by other law enforcement officers. I also base these statements on my experience and background as a Special Agent with the FBI, as well as information provided to me by other law enforcement personnel and on information provided by confidential sources.

5. This affidavit is being made for the purpose of securing a criminal complaint charging **Cristobal MALTOS** — described as being a Hispanic male, born on ████████, — with the offense of assaulting, resisting, impeding certain federal officers or employees, a violation of Title 18, United States Code, Section 111(a)(1)

6. All the information contained in this affidavit is the result of my own investigation, or it has been provided to me by other law enforcement authorities whom I believe to be reliable.

**FACTS IN SUPPORT OF PROBABLE CAUSE**

7. On the morning of November 17, 2025, at approximately 10:26 AM, **Cristobal MALTOS** did use a black Honda Civic bearing North Carolina license plate ▇ with Vehicle Identification Number ( ▇ to conduct a Felony Assault, Resist, and Impede a Federal Officer, in violation of Title 18, U.S.C. Sections 111(a)(1), by physically striking a Customs and Border Protection Officer with the driver's side mirror of a Honda Civic. This occurred in Charlotte, North Carolina, within the Western District of North Carolina.

8. On November 17, 2025, Federal Officers of ICE and Federal Officers of the United States Border Patrol were travelling in Charlotte, North Carolina, conducting an official operation when they saw a Black Honda Civic bearing license plate ▇ with VIN number ▇ appearing to follow agents. Agents attempted to make contact with the driver, later identified as **Cristobal MALTOS**. On the first occasion, **MALTOS** reversed his vehicle and Agents did not pursue.

9. Agents then saw that **MALTOS** had resumed following them. Shortly afterwards, Agents stopped and blocked the road at 5925 North Tryon Street in Charlotte, North Carolina, with two vehicles in front and one behind **MALTOS**. Approximately five Agents with Customs and Border Protection, all in Border Patrol uniforms, surrounded the vehicle and asked MALTOS to roll down the window for approximately 30 seconds. Officer ▇, with Customs and Border Protection, leaned over the hood of the vehicle on the front drivers' side, and at this point the vehicle moved forward quickly for approximately thirty feet and struck Officer ▇ on

his body with the driver's side mirror. The vehicle then stopped and began to reverse slowly. Officers then smashed the driver's side window, opened the driver's side door, and removed **MALTOS**. This interaction was captured on body worn camera.

10. That same day, FBI Special Agents read **MALTOS** his *Miranda* Rights, which he waived. **MALTOS** admitted following the agents and eventually being surrounded by them. **MALTOS** eventually admitted he moved the vehicle forward in first gear. **MALTOS** claimed he was in shock and was trying to get away, but did not admit striking the officer.

## CONCLUSION

11. Based upon training, experience, and the facts of this investigation, I submit that there is probable cause for a criminal complaint against, and arrest warrant for, **Cristobal MALTOS** for felony assault, resist, and impede a federal officer, while engaged in the performance of his official duties, and in committing did make physical contact by striking the victim with the driver's side mirror of a Honda Civic, in violation of Title 18, United States Code, Section 111(a)(1)  , therefore, I request that the Court issue a criminal complaint and arrest warrant for the same.

Respectfully submitted,

Alexander Hirst
Special Agent
Federal Bureau of Investigation

*Affidavit Reviewed by Assistant United States Attorneys Alfredo De La Rosa*

Subscribed and sworn to before me on this 18th day of November 2025.

THE HONORABLE DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF NORTH CAROLINA