UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) DOCKET NO. |
| v. | ) 3:25-MJ-0311-DCK |
| **CRISTOBAL MALTOS** | ) |

## MOTION TO CONTINUE PRELIMINARY HEARING

NOW COMES the United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, who moves for a continuance of the Preliminary Hearing set for December 2, 2025.

The United States plans to present Mr. Maltos' case in the Asheville grand jury session, which starts on December 2, 2025. Mr. Maltos was arrested pursuant to a criminal complaint on November 18, 2025. The government agreed to the unsecured bond for Mr. Maltos, and a preliminary hearing must occur within 21 days after the filing of this criminal complaint. In the interests of efficiency and judicial economy, the United States respectfully requests that the Court schedule the preliminary hearing in this case after December 2, 2025.

This the 25th day of November, 2025.

RUSS FERGUSON
UNITED STATES ATTORNEY

 **/s/Alfredo De La Rosa**
ALFREDO DE LA ROSA
Texas Bar Number 24075486
Attorney for the United States
United States Attorney's Office
227 West Trade Street
Suite 1650
Charlotte, NC 28202
Telephone: (704) 344-6222

Fax: (704) 344-6629
E-mail: alfredo.de.la.rosa@usdoj.gov

**Certificate of Conference**

Undersigned counsel conferred with Defense Counsel Missy Owen, who is opposed to the motion to continue.

**CERTIFICATION OF SERVICE**

I hereby certify that on November 25, 2025, the foregoing was electronically filed with the Court. Notice and service of this filing will be sent to the attorneys of record via ECF.

*/s/ Alfredo De La Rosa*
Assistant United States Attorney

**A.I. CERTIFICATION**

Pursuant to the Standing Order of this Court entered June 18, 2024, and published to the Bar of the Western District on June 27, 2024, the undersigned hereby certifies:

1. No artificial intelligence was employed in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in the standard on-line legal research sources Westlaw, Lexis, FastCase, and Bloomberg;

2. Every statement and every citation to an authority contained in this document has been checked by an attorney in this case and/or a paralegal working at his/her direction as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

*/s/ Alfredo De La Rosa*
Assistant United States Attorney