UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | DOCKET NO. |
| **v.** | 3:25-MJ-0311-DCK |
| **CRISTOBAL MALTOS** | |

## ORDER

The United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, moves for a continuance on the above captioned matter. The motion to continue is hereby:

GRANTED\_\_\_\_\_,

    The matter is reset to _____.

DENIED _____.

**IT IS HEREBY ORDERED.**

This the \_\_\_\_ day of November, 2025.

_____
DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE