UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**CRISTOBAL MALTOS,**<br>**Defendant.** | **DOCKET NO. 3:25-mj-311**<br><br>**GOVERNMENT'S MOTION TO DISMISS WITHOUT PREJUDICE** |

NOW COMES the United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, and moves to dismiss without prejudice the charges against Defendant Cristobal Maltos in the above-captioned complaint in the interests of justice.

RESPECTFULLY SUBMITTED this 3rd day of December 2025.

RUSS FERGUSON
UNITED STATES ATTORNEY

*/s/ Alfredo De La Rosa*
Assistant United States Attorney
United States Attorney's Office
227 West Trade Street, Suite 1700
Charlotte, North Carolina 28202

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of December 2025, the foregoing document was served upon the defendant via ECF filing to his attorney.

**Missy Owens**
**Ann Tompkins**

                                          **/s/ Alfredo De La Rosa**
                                          **Assistant United States Attorney**