# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**CRISTOBAL MALTOS,**<br>**Defendant.** | DOCKET NO. 3:25-mj-311<br><br>**[PROPOSED]**<br><br>**ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE** |

## ORDER

UPON MOTION of the United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, for an order to dismiss without prejudice the charges against Defendant Cristobal Maltos in the above-captioned complaint in the interests of justice,

IT IS SO ORDERED.

This _____ day of _____, 20_____.

_____
DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE