IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:25-MJ-311-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| CRISTOBAL MALTOS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Government's Motion To Dismiss Without Prejudice" (Document No. 16) filed December 3, 2025. The Government seeks to dismiss without prejudice the charges against Defendant Cristobal Maltos in the Criminal Complaint in the above-captioned case. Based on communications from defense counsel, Defendant does not oppose the motion.

**IT IS, THEREFORE, ORDERED** that the Government's "Motion To Dismiss Criminal Complaint Without Prejudice" (Document No. 16) is **GRANTED**, and the charges against Defendant Cristobal Maltos in the above-captioned Criminal Complaint are **DISMISSED WITHOUT PREJUDICE**.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service, defense counsel, and the United States Attorney's Office.

**SO ORDERED**.

Signed: December 5, 2025

David C. Keesler
United States Magistrate Judge